# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>JAMEL RAMZI,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　)　 | Case No. 2:04-cr-00239-KJD-PAL<br><br>ORDER TO QUASH ARREST WARRANT<br>AS TO JAMEL RAMZI |

### ORDER TO QUASH ARREST WARRANT AS TO JAMEL RAMZI

Based on the foregoing motion of the government, it is ordered that the Arrest Warrant for Defendant JAMEL RAMZI be quashed.

Date: 27 Jan, 2015

_____
United States District Judge

2